**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **DAMON SCRUGGS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **MARINER WEALTH ADVISORS, LLC** ) | **Case No. 25-2545-DDC-GEB** |
| ) | |
| **Defendant.** ) | |
| ) | |
| ) | |
| ) | |

## ORDER

This matter comes before the court upon Defendant's Unopposed Motion for Order to Release KHRC Documents with Suggestions in Support ("Motion") **(ECF No.22)**. The Court finds the Kansas Human Rights Commission ("KHRC") documents to be relevant and discoverable. Therefore, the Motion is **GRANTED**.  Defendant shall serve a copy of this Order on the KHRC.

**IT IS HEREBY ORDERED** the KHRC is authorized to release to any party to this action, or any attorney representing such a party, a copy of its investigative file(s) pertaining to the charge filed by Plaintiff Damon Scruggs, KHRC No. 46227-25, except the KHRC may withhold materials it deems to be deliberative or conciliatory in nature and/or are attorney work product of the KHRC's legal staff. If documents are withheld, the KHRC shall provide the parties a list of withheld documents. The KHRC may also file objections to producing other documents the KHRC contends it has a legal basis not to produce. Any such objections shall be filed and served on the parties herein within 21 days of the date the KHRC is served with this Order. The KHRC shall allow copies of the investigative file(s) be made at the expense of the party receiving such production.

2

**IT IS SO ORDERED.**

Dated this 17th day of March, 2026.

s/ Gwynne E. Birzer
GWYNNE E. BIRZER
U.S. Magistrate Judge